```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 03 B 51741
   DARRY L HARRIS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-7007


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 12/29/2003 and was confirmed 03/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  23.42% from remaining funds.

     The case was paid in full 05/15/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------
AMERICREDIT FINANCIAL SV NOTICE ONLY   NOT FILED          .00              .00
AMERICREDIT FINANCIAL SV SECURED        27100.00      8513.23         27100.00
AMERICREDIT FINANCIAL SV UNSECURED       3834.50          .00           898.19
AMERICREDIT FINANCIAL SE NOTICE ONLY   NOT FILED          .00              .00
ARCHER DEPOT FEDERAL CU  UNSECURED     NOT FILED          .00              .00
AT & T WIRELESS          UNSECURED OTH   651.64           .00           152.66
ARCHER DEPOT FEDERAL CU  UNSECURED       6539.37          .00          1531.78
AT & T BANKRUPCTY        UNSECURED     NOT FILED          .00              .00
BALLYS                   UNSECURED       1355.08          .00           317.41
HOUSEHOLD BANK           UNSECURED     NOT FILED          .00              .00
ROCKENBACH CHEVROLET     UNSECURED     NOT FILED          .00              .00
ZALES JEWELERS           UNSECURED     NOT FILED          .00              .00
ARCHER DEPOT FEDERAL C U NOTICE ONLY   NOT FILED          .00              .00
ERNESTO D BORGES JR      DEBTOR ATTY    1,591.00                       1,591.00
TOM VAUGHN               TRUSTEE                                       2,378.73
DEBTOR REFUND            REFUND                                          776.25

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE               43,259.25

PRIORITY                                       .00
SECURED                                  27,100.00
    INTEREST                              8,513.23
UNSECURED                                 2,900.04
ADMINISTRATIVE                            1,591.00
TRUSTEE COMPENSATION                      2,378.73
DEBTOR REFUND                               776.25
                       ---------------   ---------------
TOTALS                 43,259.25         43,259.25

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 03 B 51741 DARRY L HARRIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE